857 F.2d 1464
 49 Ed. Law Rep. 489
 Lach (Lois P.), Estate of Lach (Ronald T., Jr.)
v.
Robb (Edward Palmer), Kyle (George Parkinson), Crago (Miles
Jackson), Watkins (John P.), California University of
Pennsylvania, Encapera (James), Rapp (Charles), Dochinez
(Joseph), Borough of California, California Bottling Company
 NO. 88-3142
 United States Court of Appeals,
Third Circuit.
 AUG 02, 1988
 
 Appeal From: W.D.Pa.,
 Teitelbaum, J.,
 
 679 F.Supp. 508
 
 1
 AFFIRMED.